UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Ginger Smith, | ) | Civil Action No.: 1:17-cv-01316-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 1, 2018, Plaintiff filed a motion seeking $2,039.06 in attorney's fees and $22.04 in expenses pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 17. On March 15, 2018, Defendant filed a response to Plaintiff's motion stating she does not oppose payment of the requested amount of attorney's fees and expenses. *See* ECF No. 19.

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF No. 17] and **ORDERS** Defendant to pay attorney's fees in the amount of $2,039.06, subject to the Treasury Offset Program[2] if Plaintiff owes an outstanding debt to the federal government, and expenses in the amount of $22.04. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to her attorney, with a copy sent to Plaintiff. **IT IS SO ORDERED.**

March 21, 2018  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.